1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9
   DEIDRE FRENCH,                )    1:05-cv-0288 AWI DLB
10                                )
                Plaintiff,        )    STIPULATION AND ORDER
11                                )    TO EXTEND TIME
                                  )
12         v.                     )
                                  )
13 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
   Security,                      )
14                                )
                Defendant.        )
15 _____)

16
        The parties, through their respective counsel, stipulate
17
   that defendant's time to respond to plaintiff's confidential
18
   letter be extended from September 20, 2005 to October 20, 2005.
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
                                  1

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: September 20, 2005    /s/ Gina M. Fazio
                                          (as authorized by facsimile)
                                          GINA M. FAZIO
                                          Attorney for Plaintiff

Dated: September 20, 2005    McGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ Kimberly A. Gaab
                                          KIMBERLY A. GAAB
                                          Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:  September 21, 2005**               **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE