```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEIDRE FRENCH, | ) | 1:05-cv-0288 AWI DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g), and |
| Commissioner of Social | ) | |
| Security, | ) | REQUEST FOR ENTRY OF JUDGMENT |
| | ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. | ) | AGAINST DEFENDANT |
| _____ | ) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   The purpose of the remand is to offer Plaintiff a new ALJ hearing and decision.

   On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

   Rather than relying on the Medical-Vocational Guidelines (the Grid) as a vocational source, the ALJ will consult with a vocational expert in order to clarify the effects of the

1  assessed limitations on the claimant's ability to perform light
2  and sedentary work.
3       The parties further request that the Clerk of the Court be
4  directed to enter a final judgment in favor of plaintiff, and
5  against defendant, Commissioner of Social Security, reversing the
6  final decision of the Commissioner.

```
                                    Respectfully submitted,

Dated: October 19, 2005             /s/ Gina M. Fazio
                                    (As authorized via facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff

Dated: October 20, 2005             McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney
```

     IT IS SO ORDERED.

     **Dated:   October 31, 2005**              **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE